# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Andrzej Gorgol | § | Case No. 15-38498 |
| Anna Krzemien | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/11/2015 . The undersigned trustee was appointed on 11/11/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                            $        16,596.77

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 703.82 |
   | Bank service fees | 256.28 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 233.01 |
   | Other payments to the debtor | 2,858.40 |
   | Leaving a balance on hand of[1]                $ | 12,545.26 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/21/2016 and the deadline for filing governmental claims was 05/09/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,100.54 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,100.54 , for a total compensation of $ 2,100.54 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 61.44 , for total expenses of $ 61.44 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/29/2017                By:/s/Cindy M. Johnson
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-38498 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson |
|---|---|---|---|---|---|---|
| Case Name: | Andrzej Gorgol | | | | Date Filed (f) or Converted (c): | 11/11/2015 (f) |
| | Anna Krzemien | | | | 341(a) Meeting Date: | 12/10/2015 |
| For Period Ending: | 08/29/2017 | | | | Claims Bar Date: | 04/21/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 17429 Fox Bend Ln, Lockport, Il 60441-4654 Residence | 155,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3. Bmo Checking Account | 100.00 | 0.00 | | 415.77 | FA |
| 4. Bmo Checking Account | 50.00 | 0.00 | | 0.00 | FA |
| 5. Tech Credit Union Checking Account | 10.00 | 0.00 | | 0.00 | FA |
| 6. Furniture And Electronics | 750.00 | 0.00 | | 0.00 | FA |
| 7. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 8. 401(K) Account | 20,000.00 | 0.00 | | 0.00 | FA |
| 9. 1983 Yamaha X4550 Motorcycle Not In Working Condition | 500.00 | 0.00 | | 400.00 | FA |
| 10. 2012 Toyota Sienna Xle 7-Passenger 4Dr Minivan Awd (3.5L 6Cy | 20,000.00 | 0.00 | | 0.00 | FA |
| 11. 2013 Suzuki Koyamuza Motorcycle | 5,500.00 | 0.00 | | 500.00 | FA |
| 12. 2014 Toyota Prius C Four 4Dr Hatchback (1.5L 4Cyl Gas/Electr | 14,126.00 | 0.00 | | 0.00 | FA |
| 13. 2015 2015 Kawasaki Concourse Motorcycle 6,000 Miles | 7,500.00 | 0.00 | | 5,750.00 | FA |
| 14. Anticipated Tax Refund For 2015 Tax Year (u) | 4,800.00 | 0.00 | | 4,650.86 | FA |
| 15. Anticipated Tax Refund For 2015 Tax Year (u) | 3,828.00 | 0.00 | | 4,111.16 | FA |
| 16. IL Tax Refund 2015 (u) | 0.00 | 430.14 | | 430.14 | FA |
| 17. IL Tax Refund 2015 (u) | 0.00 | 338.84 | | 338.84 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $232,764.00 | $768.98 | | $16,596.77 | $0.00 |

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Auctioneer has one additional vehicle to auction. Trustee seeking funds in bank account.

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 3 | -- | email sent demanding turnover of funds. |
| RE PROP # | 9 | -- | On 4/27/16, doc. 33, debtor amended schedule C and removed the exemption on this vehicle.  The cost of either having it picked up to sell it or to file a motion for a debtor buyback are prohibitive compared to the vehicle's value. |
| RE PROP # | 10 | -- | Debtor's amended Schedule C amened the exemption to this amount (4/27/16, doc. 33) |
| RE PROP # | 11 | -- | Amended Schedule C removed the exemption claimed in this asset (4/27/16 doc. 33). Debtor buyout of estate's interest in the vehicle approved by order of 5/27/16 (doc. 36) |
| RE PROP # | 14 | -- | On Amended Schedule B and Exempted on Amended Schedule C 4/27/16, docs. 32 and 33. $500.00 of monies that were to be refunded to H were retained to fund debtors' buyback of estate's interest in asset 11 (see order approving 5/31/16, doc. 36) |
| RE PROP # | 15 | -- | On Amended Schedule B 4/27/16 doc 34.  Exempted on Amended Schedule C 10/13/16, doc. 33. |

Initial Projected Date of Final Report (TFR): 07/31/2017     Current Projected Date of Final Report (TFR): 07/31/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-38498 | | Trustee Name: | Cindy M. Johnson |
| Case Name: | Andrzej Gorgol | | Bank Name: | BOK Financial |
| | Anna Krzemien | | Account Number/CD#: | XXXXXX0275 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX9245 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/29/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/11/16 | | United States Treasury<br>P.O. Box 51320<br>Philadelphia, PA 19115 | Tax Refund<br>Anna M Krzemien | | $4,450.00 | | $4,450.00 |
| | | | Gross Receipts $4,450.00 | | | | |
| | 15 | | Anticipated Tax Refund For $4,111.16<br>2015 Tax Year | 1224-000 | | | |
| | 17 | | IL Tax Refund 2015 $338.84 | 1224-000 | | | |
| 05/11/16 | | United States Treasury<br>P.O. Box 51320<br>Philadelphia, PA 19115 | Tax Refund<br>Andrzej Gorgol | | $5,581.00 | | $10,031.00 |
| | | | Gross Receipts $5,581.00 | | | | |
| | 11 | | 2013 Suzuki Koyamuza $500.00<br>Motorcycle | 1129-000 | | | |
| | 14 | | Anticipated Tax Refund For $4,650.86<br>2015 Tax Year | 1224-000 | | | |
| | 16 | | IL Tax Refund 2015 $430.14 | 1224-000 | | | |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $10,021.00 |
| 06/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.37 | $10,006.63 |
| 07/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.83 | $9,991.80 |
| 08/22/16 | 13 | American Auction Associates, Inc.<br>American Auction Associates, Inc.<br>508 W. Brittany Drive<br>Arlington Heights, Illinois 60004 | Liquidation of Assets | 1129-000 | $5,750.00 | | $15,741.80 |
| 08/26/16 | 101 | Andrzej Gorgol and Anna Krzemien<br>17426 FOX BEND LN<br>LOCKPORT, IL 60441-4653 | Non-Estate/Exempt Portion of Refunds | | | $3,091.41 | $12,650.39 |
| | | Andrzej Gorgol and Anna Krzemien | Exempt Portion of Refunds ($2,858.40) | 8100-002 | | | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*  Page Subtotals: $15,781.00  $3,130.61

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-38498 | Trustee Name: | Cindy M. Johnson | |
| Case Name: | Andrzej Gorgol | Bank Name: | BOK Financial | |
| | Anna Krzemien | Account Number/CD#: | XXXXXX0275 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX9245 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 08/29/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Andrzej Gorgol and Anna Krzemien | Non-Estate Portion of Tax Refunds | ($233.01) 8500-002 | | | |
| 08/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.69 | $12,633.70 |
| 09/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.55 | $12,611.15 |
| 10/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.27 | $12,587.88 |
| 11/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.49 | $12,565.39 |
| 12/13/16 | 102 | Andrzej Gorgol and Anna Krzemien 17426 Fox Bend Ln Lockport, IL 60441-4653 | Non-Estate/Exempt Portion of Refunds | | | $3,091.41 | $9,473.98 |
| | | Andrzej Gorgol and Anna Krzemien | Non-Estate/Exempt Portion of Refunds | ($233.01) 8100-002 | | | |
| | | Andrzej Gorgol and Anna Krzemien | Exemption Portion of Refunds | ($2,858.40) 8500-002 | | | |
| 12/14/16 | 101 | Andrzej Gorgol and Anna Krzemien 17426 FOX BEND LN LOCKPORT, IL 60441-4653 | Non-Estate/Exempt Portion of Refunds Reversal | | | ($3,091.41) | $12,565.39 |
| | | Andrzej Gorgol and Anna Krzemien | Exempt Portion of Refunds | $2,858.40 8100-002 | | | |
| | | Andrzej Gorgol and Anna Krzemien | Non-Estate Portion of Tax Refunds | $233.01 8500-002 | | | |
| 12/28/16 | 103 | American Auction Associates Inc. 508 W Brittany Dr. Arlington Heights, IL 60004 | Auctioneer for Trustee Expenses | 3620-000 | | $700.00 | $11,865.39 |
| 12/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.20 | $11,842.19 |
| 01/06/17 | 9 | American Auction Associates, Inc 508 West Brittany Drive Arlington Heights, IL 60004 | Liquidation of Assets Yamaha motorcycle | 1129-000 | $400.00 | | $12,242.19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 6)* | | Page Subtotals: | | | $400.00 | $808.20 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-38498 | Trustee Name: | Cindy M. Johnson |
| Case Name: | Andrzej Gorgol | Bank Name: | BOK Financial |
|  | Anna Krzemien | Account Number/CD#: | XXXXXX0275 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX9245 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/29/2017 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/31/17 |  | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $19.38 | $12,222.81 |
| 02/21/17 | 104 | International Sureties, Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | 2017 Blanket Bond | 2300-000 |  | $3.82 | $12,218.99 |
| 02/28/17 |  | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $16.40 | $12,202.59 |
| 03/23/17 | 3 | Anna M. Krzemien | Bank Account | 1129-000 | $415.77 |  | $12,618.36 |
| 03/31/17 |  | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $18.21 | $12,600.15 |
| 04/28/17 |  | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $18.12 | $12,582.03 |
| 05/31/17 |  | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $18.70 | $12,563.33 |
| 06/30/17 |  | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $18.07 | $12,545.26 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $16,596.77 | $4,051.51 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $16,596.77 | $4,051.51 |
| Less: Payments to Debtors | $0.00 | $233.01 |
| Net | $16,596.77 | $3,818.50 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Page Subtotals: $415.77  $112.70

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0275 - Checking | $16,596.77 | $3,818.50 | $12,545.26 |
| | $16,596.77 | $3,818.50 | $12,545.26 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $16,596.77 |
| Total Gross Receipts: | $16,596.77 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-38498  
Debtor Name: Andrzej Gorgol  
Claims Bar Date: 4/21/2016  

Date: August 29, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $2,100.54 | $2,100.54 |
| 100 2200 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $61.44 | $61.44 |
| 100 3620 | American Auction Associates Inc.<br>508 W Brittany Dr.<br>Arlington Heights, IL 60004 | Administrative | | $0.00 | $768.72 | $768.72 |
| 1 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $9,202.00 | $9,220.04 | $9,220.04 |
| 2 300 7100 | Tech Credit Union<br>10951 Broadway<br>Crown Point, In 46307-7312 | Unsecured | | $20,504.00 | $20,504.28 | $20,504.28 |
| 3 300 7100 | American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $9,057.00 | $9,081.78 | $9,081.78 |
| 4 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $3,587.00 | $3,999.51 | $3,999.51 |
| 5 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $2,215.00 | $2,280.61 | $2,280.61 |
| 6 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $1,616.00 | $1,670.13 | $1,670.13 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-38498  
Debtor Name: Andrzej Gorgol  
Claims Bar Date: 4/21/2016  
Date: August 29, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7<br>300<br>7100 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $137.00 | $229.94 | $229.94 |
| 8<br>300<br>7100 | Bmo Harris Bank N.A.<br>Po Box 2035<br>Milwaukee, Wi 53201 | Unsecured | | $6,745.00 | $6,783.61 | $6,783.61 |
| 9<br>300<br>7100 | Synchrony Bank<br>Attn: Bankruptcy Department<br>Po Box 530912<br>Atlanta, Ga 30353-0912 | Unsecured | | $5,174.78 | $4,824.78 | $4,824.78 |
| | Case Totals | | | $58,237.78 | $61,525.38 | $61,525.38 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-38498
Case Name: Andrzej Gorgol
            Anna Krzemien
Trustee Name: Cindy M. Johnson

Balance on hand                                                    $         12,545.26

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Cindy M. Johnson | $ 2,100.54 | $ 0.00 | $ 2,100.54 |
| Trustee Expenses: Cindy M. Johnson | $ 61.44 | $ 0.00 | $ 61.44 |
| Auctioneer Expenses: American Auction Associates Inc. | $ 768.72 | $ 700.00 | $ 68.72 |

Total to be paid for chapter 7 administrative expenses        $          2,230.70
Remaining Balance                                              $         10,314.56

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 58,594.68 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 9,220.04 | $ 0.00 | $ 1,623.03 |
| 2 | Tech Credit Union | $ 20,504.28 | $ 0.00 | $ 3,609.42 |
| 3 | American Express Bank, Fsb | $ 9,081.78 | $ 0.00 | $ 1,598.69 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | $ 3,999.51 | $ 0.00 | $ 704.04 |
| 5 | Pyod, Llc Its Successors And Assigns As Assignee | $ 2,280.61 | $ 0.00 | $ 401.46 |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | $ 1,670.13 | $ 0.00 | $ 294.00 |
| 7 | Capital One, N.A. | $ 229.94 | $ 0.00 | $ 40.48 |
| 8 | Bmo Harris Bank N.A. | $ 6,783.61 | $ 0.00 | $ 1,194.13 |
| 9 | Synchrony Bank | $ 4,824.78 | $ 0.00 | $ 849.31 |

Total to be paid to timely general unsecured creditors    $    10,314.56

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE