UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE:<br><br>Andrzej Gorgol<br>Anna Krzemien<br><br>　　　　　Debtors. | Case No. 15-38498<br><br>Chapter 7<br><br>Honorable Pamela S. Hollis |
|---|---|

## CERTIFICATE OF SERVICE

  I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the Notice of Final Report to the debtor(s), the debtor(s) attorney, all parties in interest, and all creditors (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on September 8, 2017.

Cindy M. Johnson　　　　　　　　　　　　　　/s/ Cindy M. Johnson
Chpater 7 Trustee
140 S. Dearborn St., Suite 1510
Chicago, IL 60603
312-345-1306

## SERVICE LIST

### Electronic Mail Notice List

- Kinnera Bhoopal kinnera.bhoopal@mccalla.com
- Cindy M. Johnson cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
- Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
- Stanislaw J Skupien sskupi@gmail.com

### Manual Notice List

American Auction Associates Inc
c/o Thomas K. Mowery,
508 W. Brittany Drive
Arlington Heights, Illinois  60004

Recovery Management Systems
Corporation
25 SE Second Avenue Suite 1120
Miami, FL 33131

See additional parties on following page

# ADDITIONAL NOTICE LIST

Gorgol Andrzej  
17426 Fox Bend Ln  
Lockport, IL  60441-4653

Krzemien Anna  
17426 Fox Bend Ln  
Lockport, IL  60441-4653

BMO Harris Bank  
PO Box 1111  
Madison, WI  53701-1111

Chase Card  
PO Box 15298  
Wilmington, DE  19850-5298

DSNB/Macys  
9111 Duke Blvd  
Mason, OH  45040-8999

Jacek Jarzebski  
235 N 6th St  
Lindenhurst, NY 11757-3781

PYOD, LLC its successors and assigns as assi  
of Citibank, N.A.  
Resurgent Capital Services  
PO Box 19008  
Greenville, SC 29602-9008

SYNCB/Suzuki  
PO Box 6153  
Rapid City, SD  57709-6153

THD/CBNA  
PO Box 6497  
Sioux Falls, SD  57117-6497

(p)TOYOTA MOTOR CREDIT CORPORATION  
PO BOX 8026  
CEDAR RAPIDS IA 52408-8026

American Express Bank, FSB  
c o Becket and Lee LLP  
PO Box 3001  
Malvern, PA 19355-0701

BMO Harris Bank N.A.  
PO BOX 2035  
Milwaukee, WI 53201-2035

Chase Mtg.  
PO Box 24696  
Columbus, OH  43224-0696

Discover Bank  
Discover Products Inc  
PO Box 3025  
New Albany, OH  43054-3025

Kohls/Capone  
PO Box 3115  
Milwaukee, WI  53201-3115

Polish Slavic FCU  
9 Law Dr  
Fairfield, NJ  07004-3233

Synchrony Bank  
Attn: Bankruptcy Department  
PO Box 530912  
Atlanta, GA 30353-0912

Tech Credit Union  
10951 Broadway  
Crown Point, IN 46307-8836

TOYOTA MOTOR CREDIT CORPORATION  
14841 Dallas Parkway, Suite 300  
Dallas, TX 75254-7883

Recovery Management Systems Corporation  
25 SE Second Avenue Suite 1120  
Miami, FL 33131-1605

Amex  
PO Box 297871  
Fort Lauderdale, FL  33329-7871

Capital One, N.A.  
c o Becket and Lee LLP  
PO Box 3001  
Malvern, PA 19355-0701

Citi  
PO Box 6241  
Sioux Falls, SD  57117-6241

(p)DISCOVER FINANCIAL SERVICES LLC  
PO BOX 3025  
NEW ALBANY OH 43054-3025

Numark Credit Union  
PO Box 2729  
Joliet, IL  60434-2729

SYNCB/ART VAN  
950 Forrer Blvd  
Kettering, OH  45420-1469

Synchrony Bank  
c/o Recovery Management Systems Corp.  
25 S.E. 2nd Avenue, Suite 1120  
Miami, FL 33131-1605