# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| Andrzej Gorgol § | Case No. 15-38498 |
| Anna Krzemien § | |
| § | |
| Debtors § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Cindy M. Johnson, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 147,840.00                                Assets Exempt: 66,153.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  10,314.56        Claims Discharged
                                                    Without Payment:  258,582.12

Total Expenses of Administration:  3,190.80

---

3) Total gross receipts of $ 16,596.77 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,091.41 (see **Exhibit 2**), yielded net receipts of $ 13,505.36 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 170,828.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,190.80 | 3,190.80 | 3,190.80 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 97,711.78 | 58,594.68 | 58,594.68 | 10,314.56 |
| **TOTAL DISBURSEMENTS** | $ 268,539.78 | $ 61,785.48 | $ 61,785.48 | $ 13,505.36 |

4) This case was originally filed under chapter 7 on 11/11/2015. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/24/2018           By: /s/Cindy M. Johnson, Trustee
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1983 Yamaha X4550 Motorcycle Not In Working Condition | 1129-000 | 400.00 |
| 2013 Suzuki Koyamuza Motorcycle | 1129-000 | 500.00 |
| 2015 2015 Kawasaki Concourse Motorcycle 6,000 Miles | 1129-000 | 5,750.00 |
| Bmo Checking Account | 1129-000 | 415.77 |
| Anticipated Tax Refund For 2015 Tax Year | 1224-000 | 4,650.86 |
| Anticipated Tax Refund For 2015 Tax Year | 1224-000 | 4,111.16 |
| IL Tax Refund 2015 | 1224-000 | 430.14 |
| IL Tax Refund 2015 | 1224-000 | 338.84 |
| **TOTAL GROSS RECEIPTS** | | **$16,596.77** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Andrzej Gorgol and Anna Krzemien | Exemptions | 8100-002 | 233.01 |
| Andrzej Gorgol and Anna Krzemien | Non-Estate Funds Paid to Third Parties | 8500-002 | 2,858.40 |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 3,091.41 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mtg. PO Box 24696 Columbus, OH 43224-0696 | | 143,993.00 | NA | NA | 0.00 |
| | Toyota Motor Credit PO Box 8026 Cedar Rapids, IA 52408-8026 | | 8,714.00 | NA | NA | 0.00 |
| | Toyota Motor Credit PO Box 8026 Cedar Rapids, IA 52408-8026 | | 18,121.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 170,828.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cindy M. Johnson | 2100-000 | NA | 2,100.54 | 2,100.54 | 2,100.54 |
| Cindy M. Johnson | 2200-000 | NA | 61.44 | 61.44 | 61.44 |
| International Sureties, Ltd. | 2300-000 | NA | 3.82 | 3.82 | 3.82 |
| Bank of Kansas City | 2600-000 | NA | 166.78 | 166.78 | 166.78 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BOK Financial | 2600-000 | NA | 89.50 | 89.50 | 89.50 |
| American Auction Associates Inc. | 3620-000 | NA | 768.72 | 768.72 | 768.72 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,190.80 | $ 3,190.80 | $ 3,190.80 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex PO Box 297871 Fort Lauderdale, FL  33329-7871 | | 8,923.00 | NA | NA | 0.00 |
| | Chase Card PO Box 15298 Wilmington, DE  19850-5298 | | 2,120.00 | NA | NA | 0.00 |
| | Citi PO Box 6241 Sioux Falls, SD  57117-6241 | | 319.00 | NA | NA | 0.00 |
| | DSNB/Macys 9111 Duke Blvd Mason, OH  45040-8999 | | 716.00 | NA | NA | 0.00 |
| | Numark Credit Union PO Box 2729 Joliet, IL  60434-2729 | | 13,156.00 | NA | NA | 0.00 |
| | Polish Slavic FCU 9 Law Dr Fairfield, NJ  07004-3233 | | 11,019.00 | NA | NA | 0.00 |
| | Polish Slavic FCU 9 Law Dr Fairfield, NJ  07004-3233 | | 2,202.00 | NA | NA | 0.00 |
| | SYNCB/ART VAN 950 Forrer Blvd Kettering, OH 45420-1469 | | 1,019.00 | NA | NA | 0.00 |
| 3 | American Express Bank, Fsb | 7100-000 | 9,057.00 | 9,081.78 | 9,081.78 | 1,598.69 |
| 8 | Bmo Harris Bank N.A. | 7100-000 | 6,745.00 | 6,783.61 | 6,783.61 | 1,194.13 |
| 7 | Capital One, N.A. | 7100-000 | 137.00 | 229.94 | 229.94 | 40.48 |
| 1 | Discover Bank | 7100-000 | 9,202.00 | 9,220.04 | 9,220.04 | 1,623.03 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 3,587.00 | 3,999.51 | 3,999.51 | 704.04 |
| 5 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 2,215.00 | 2,280.61 | 2,280.61 | 401.46 |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 1,616.00 | 1,670.13 | 1,670.13 | 294.00 |
| 9 | Synchrony Bank | 7100-000 | 5,174.78 | 4,824.78 | 4,824.78 | 849.31 |
| 2 | Tech Credit Union | 7100-000 | 20,504.00 | 20,504.28 | 20,504.28 | 3,609.42 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 97,711.78 | $ 58,594.68 | $ 58,594.68 | $ 10,314.56 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-38498 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Andrzej Gorgol | | | | Date Filed (f) or Converted (c): | 11/11/2015 (f) |
| | Anna Krzemien | | | | 341(a) Meeting Date: | 12/10/2015 |
| For Period Ending: | 02/24/2018 | | | | Claims Bar Date: | 04/21/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 17429 Fox Bend Ln, Lockport, Il 60441-4654 Residence | 155,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3. Bmo Checking Account | 100.00 | 0.00 | | 415.77 | FA |
| 4. Bmo Checking Account | 50.00 | 0.00 | | 0.00 | FA |
| 5. Tech Credit Union Checking Account | 10.00 | 25.00 | | 0.00 | FA |
| 6. Furniture And Electronics | 750.00 | 0.00 | | 0.00 | FA |
| 7. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 8. 401(K) Account | 20,000.00 | 0.00 | | 0.00 | FA |
| 9. 1983 Yamaha X4550 Motorcycle Not In Working Condition | 500.00 | 0.00 | | 400.00 | FA |
| 10. 2012 Toyota Sienna Xle 7-Passenger 4Dr Minivan Awd (3.5L 6Cy | 20,000.00 | 0.00 | | 0.00 | FA |
| 11. 2013 Suzuki Koyamuza Motorcycle | 5,500.00 | 0.00 | | 500.00 | FA |
| 12. 2014 Toyota Prius C Four 4Dr Hatchback (1.5L 4Cyl Gas/Electr | 14,126.00 | 0.00 | | 0.00 | FA |
| 13. 2015 2015 Kawasaki Concourse Motorcycle 6,000 Miles | 7,500.00 | 0.00 | | 5,750.00 | FA |
| 14. Anticipated Tax Refund For 2015 Tax Year (u) | 4,800.00 | 0.00 | | 4,650.86 | FA |
| 15. Anticipated Tax Refund For 2015 Tax Year (u) | 3,828.00 | 0.00 | | 4,111.16 | FA |
| 16. IL Tax Refund 2015 (u) | 0.00 | 430.14 | | 430.14 | FA |
| 17. IL Tax Refund 2015 (u) | 0.00 | 338.84 | | 338.84 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)    $232,764.00    $793.98    $16,596.77    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's Final Report approved 10/13/17, checks issued. Waiting for all checks to clear and then will prepare Trustee Distribution Report.

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 3 | -- | email sent demanding turnover of funds. |
| RE PROP # | 9 | -- | On 4/27/16, doc. 33, debtor amended schedule C and removed the exemption on this vehicle. The cost of either having it picked up to sell it or to file a motion for a debtor buyback are prohibitive compared to the vehicle's value. |
| RE PROP # | 10 | -- | Debtor's amended Schedule C amened the exemption to this amount (4/27/16, doc. 33) |
| RE PROP # | 11 | -- | Amended Schedule C removed the exemption claimed in this asset (4/27/16 doc. 33). Debtor buyout of estate's interest in the vehicle approved by order of 5/27/16 (doc. 36) |
| RE PROP # | 14 | -- | On Amended Schedule B and Exempted on Amended Schedule C 4/27/16, docs. 32 and 33. $500.00 of monies that were to be refunded to H were retained to fund debtors' buyback of estate's interest in asset 11 (see order approving 5/31/16, doc. 36) |
| RE PROP # | 15 | -- | On Amended Schedule B 4/27/16 doc 34. Exempted on Amended Schedule C 10/13/16, doc. 33. |

Initial Projected Date of Final Report (TFR): 07/31/2017      Current Projected Date of Final Report (TFR): 07/31/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-38498 | Trustee Name: Cindy M. Johnson, Trustee |
| Case Name: Andrzej Gorgol | Bank Name: BOK Financial |
| Anna Krzemien | Account Number/CD#: XXXXXX0275 |
| | Checking |
| Taxpayer ID No: XX-XXX9245 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/24/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/11/16 | | United States Treasury P.O. Box 51320 Philadelphia, PA 19115 | Tax Refund Anna M Krzemien | | $4,450.00 | | $4,450.00 |
| | | | Gross Receipts $4,450.00 | | | | |
| | 15 | | Anticipated Tax Refund For 2015 Tax Year $4,111.16 | 1224-000 | | | |
| | 17 | | IL Tax Refund 2015 $338.84 | 1224-000 | | | |
| 05/11/16 | | United States Treasury P.O. Box 51320 Philadelphia, PA 19115 | Tax Refund Andrzej Gorgol | | $5,581.00 | | $10,031.00 |
| | | | Gross Receipts $5,581.00 | | | | |
| | 11 | | 2013 Suzuki Koyamuza Motorcycle $500.00 | 1129-000 | | | |
| | 14 | | Anticipated Tax Refund For 2015 Tax Year $4,650.86 | 1224-000 | | | |
| | 16 | | IL Tax Refund 2015 $430.14 | 1224-000 | | | |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $10,021.00 |
| 06/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.37 | $10,006.63 |
| 07/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.83 | $9,991.80 |
| 08/22/16 | 13 | American Auction Associates, Inc. American Auction Associates, Inc. 508 W. Brittany Drive Arlington Heights, Illinois 60004 | Liquidation of Assets | 1129-000 | $5,750.00 | | $15,741.80 |
| 08/26/16 | 101 | Andrzej Gorgol and Anna Krzemien 17426 FOX BEND LN LOCKPORT, IL 60441-4653 | Non-Estate/Exempt Portion of Refunds | | | $3,091.41 | $12,650.39 |
| | | Andrzej Gorgol and Anna Krzemien | Exempt Portion of Refunds ($2,858.40) | 8100-002 | | | |

| | | | Page Subtotals: | | $15,781.00 | $3,130.61 | |

UST Form 101-7-TDR (10/1/2010)  *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 15-38498 |
| Case Name: | Andrzej Gorgol |
| | Anna Krzemien |
| Taxpayer ID No: | XX-XXX9245 |
| For Period Ending: | 02/24/2018 |

| | |
|---|---|
| Trustee Name: | Cindy M. Johnson, Trustee |
| Bank Name: | BOK Financial |
| Account Number/CD#: | XXXXXX0275 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Andrzej Gorgol and Anna Krzemien | Non-Estate Portion of Tax Refunds | ($233.01) | 8500-002 | | | |
| 08/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $16.69 | $12,633.70 |
| 09/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $22.55 | $12,611.15 |
| 10/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $23.27 | $12,587.88 |
| 11/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $22.49 | $12,565.39 |
| 12/13/16 | 102 | Andrzej Gorgol and Anna Krzemien 17426 Fox Bend Ln Lockport, IL 60441-4653 | Non-Estate/Exempt Portion of Refunds | | | | $3,091.41 | $9,473.98 |
| | | Andrzej Gorgol and Anna Krzemien | Non-Estate/Exempt Portion of Refunds | ($233.01) | 8100-002 | | | |
| | | Andrzej Gorgol and Anna Krzemien | Exemption Portion of Refunds | ($2,858.40) | 8500-002 | | | |
| 12/14/16 | 101 | Andrzej Gorgol and Anna Krzemien 17426 FOX BEND LN LOCKPORT, IL 60441-4653 | Non-Estate/Exempt Portion of Refunds Reversal | | | | ($3,091.41) | $12,565.39 |
| | | Andrzej Gorgol and Anna Krzemien | Exempt Portion of Refunds | $2,858.40 | 8100-002 | | | |
| | | Andrzej Gorgol and Anna Krzemien | Non-Estate Portion of Tax Refunds | $233.01 | 8500-002 | | | |
| 12/28/16 | 103 | American Auction Associates Inc. 508 W Brittany Dr. Arlington Heights, IL 60004 | Auctioneer for Trustee Expenses | | 3620-000 | | $700.00 | $11,865.39 |
| 12/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $23.20 | $11,842.19 |
| 01/06/17 | 9 | American Auction Associates, Inc 508 West Brittany Drive Arlington Heights, IL 60004 | Liquidation of Assets Yamaha motorcycle | | 1129-000 | $400.00 | | $12,242.19 |

| | | | Page Subtotals: | | $400.00 | $808.20 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-38498 | Trustee Name: Cindy M. Johnson, Trustee |
| Case Name: Andrzej Gorgol | Bank Name: BOK Financial |
| Anna Krzemien | Account Number/CD#: XXXXXX0275 |
| | Checking |
| Taxpayer ID No: XX-XXX9245 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/24/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/31/17 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.38 | $12,222.81 |
| 02/21/17 | 104 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | 2017 Blanket Bond | 2300-000 | | $3.82 | $12,218.99 |
| 02/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.40 | $12,202.59 |
| 03/23/17 | 3 | Anna M. Krzemien | Bank Account | 1129-000 | $415.77 | | $12,618.36 |
| 03/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.21 | $12,600.15 |
| 04/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.12 | $12,582.03 |
| 05/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.70 | $12,563.33 |
| 06/30/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.07 | $12,545.26 |
| 10/13/17 | 105 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,100.54 | $10,444.72 |
| 10/13/17 | 106 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $61.44 | $10,383.28 |
| 10/13/17 | 107 | American Auction Associates Inc.<br>508 W Brittany Dr.<br>Arlington Heights, IL 60004 | Final distribution representing a payment of 8.94 % per court order. | 3620-000 | | $68.72 | $10,314.56 |
| 10/13/17 | 108 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 17.60 % per court order. | 7100-000 | | $1,623.03 | $8,691.53 |
| | | | Page Subtotals: | | $415.77 | $3,966.43 | |

UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-38498 | Trustee Name: | Cindy M. Johnson, Trustee | Exhibit 9 |
|---|---|---|---|---|
| Case Name: | Andrzej Gorgol | Bank Name: | BOK Financial | |
| | Anna Krzemien | Account Number/CD#: | XXXXXX0275 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX9245 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 02/24/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/13/17 | 109 | Tech Credit Union<br>10951 Broadway<br>Crown Point, In 46307-7312 | Final distribution to claim 2 representing a payment of 17.60 % per court order. | 7100-000 | | $3,609.42 | $5,082.11 |
| 10/13/17 | 110 | American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 3 representing a payment of 17.60 % per court order. | 7100-000 | | $1,598.69 | $3,483.42 |
| 10/13/17 | 111 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 4 representing a payment of 17.60 % per court order. | 7100-000 | | $704.04 | $2,779.38 |
| 10/13/17 | 112 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 5 representing a payment of 17.60 % per court order. | 7100-000 | | $401.46 | $2,377.92 |
| 10/13/17 | 113 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 6 representing a payment of 17.60 % per court order. | 7100-000 | | $294.00 | $2,083.92 |
| 10/13/17 | 114 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 7 representing a payment of 17.60 % per court order. | 7100-000 | | $40.48 | $2,043.44 |
| 10/13/17 | 115 | Bmo Harris Bank N.A.<br>Po Box 2035<br>Milwaukee, Wi 53201 | Final distribution to claim 8 representing a payment of 17.60 % per court order. | 7100-000 | | $1,194.13 | $849.31 |
| 10/13/17 | 116 | Synchrony Bank<br>Attn: Bankruptcy Department<br>Po Box 530912<br>Atlanta, Ga 30353-0912 | Final distribution to claim 9 representing a payment of 17.60 % per court order. | 7100-000 | | $849.31 | $0.00 |

COLUMN TOTALS     $16,596.77     $16,596.77

Page Subtotals:     $0.00     $8,691.53

UST Form 101-7-TDR (10/1/2010) (Page: 13)

Exhibit 9

|  | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $16,596.77 | $16,596.77 |
| Less: Payments to Debtors | $0.00 | $233.01 |
| Net | $16,596.77 | $16,363.76 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0275 - Checking | $16,596.77 | $16,363.76 | $0.00 |
| | $16,596.77 | $16,363.76 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $16,596.77 |
| Total Gross Receipts: | $16,596.77 |

Page Subtotals:     $0.00     $0.00